AO 93 (Rev. 12/09) Search and Seizure Warrant   (USAO CDCA Rev. 01/2013)

# UNITED STATES DISTRICT COURT
for the
Central District of California

**ORIGINAL**

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. 2:18-MJ-00964
1720 N. FULLER AVE., APARTMENT 357, )
AND PARKING SPACE 659, )
LOS ANGELES, CALIFORNIA )

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the ___Central___ District of ___California___
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property. Such affidavit(s) or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before ___14 days from the date of its issuance___
   *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10 p.m.   ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.
   *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for _____ days *(not to exceed 30)*.
   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 3:*4* pm, April 23, 2018   _____
                                                   *Judge's signature*

City and state:   Los Angeles, California          Honorable Karen L. Stevenson, Magistrate Judge
                                                   *Printed name and title*

AUSA: Andrew Brown, 11th Floor, x0102

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

## Return

| | | |
|---|---|---|
| Case No.: 2:18-MJ-00964 | Date and time warrant executed: 4/24/2018; 6:30 AM | Copy of warrant and inventory left with: On the living room coffee table of the search location, Apt 357. |

Inventory made in the presence of:
Special Agent Young Oh; Torrance PD Detectives Erik Eidet and James Walker IV

Inventory of the property taken and name of any person(s) seized:

[Please provide a description that would be sufficient to demonstrate that the items seized fall within the items authorized to be seized pursuant to the warrant (e.g., type of documents, as opposed to "miscellaneous documents") as well as the approximate volume of any documents seized (e.g., number of boxes). If reference is made to an attached description of property, specify the number of pages to the attachment and any case number appearing thereon.]

1) Romania Passport for Tipurita Gogu-Alin
2) Receipt - Mister Mall
3) blank access card
4) A wallet with 8 cards and one (1) Canadian Currency 20.00 equivalent to $15.62 USD:
   (A) Driver license - Romanian - Gogu-Alin Tipurita
   (B) Bank of America - Visa
   (C) Clubcard - Tesco; Mr. AG Tipurita
   (D) Aqua - Mastercard
   (E) BRD - Mastercard, Tipurita Alin
   (F) Lloyds Bank - Visa debit; Mr. Gogu-Alin T.
   (G) Lloyds Bank - Visa business debit Mr. Gogu-Alin Tipurita
   (H) Sandman Hotel Room card
5) Cellphone with charger - Apple Iphone - A1524 IMEI 356996061112289
6) USB Thumb drive (one) Brand - Verbatim, green color
7) Allview cellphone Q1G3T
8) US Currency $367.00
9) 7 pairs of Men's shoes [white+gray Adidas, Red Premiata, Red+Blk Diesel, Blk Adidas, Dark Gray John Varvatos, Blk John Varvatos, white Adidas]
10) Sheet metal in a shipping box addressed to Dominic Andersen (approx. 24 x 12 box)
11) Bank of America document and Traffic Citation Found in vehicle parked in space 659.
12) US Currency $4,000.00 (four thousand dollars) found in vehicle parked in Space 659.
13) US Currency $1,000.00 (one thousand dollars)
14) Financial Documents and two (2) check bks multiple of several Acct# 42022765251; Dominic Andersen (sheets of Financial documents)
15) Financial documents (multiple or several sheets of documents)
16) Apple Iphone A1662 IMEI 356598081124771
17) Lease document (one or two sheets of paper)
18) Medical prescription paper for Cosmin Cozma
19) Brown wallet with Lloyds Bank-Visa Mr. Gogu-Alin Tipurita
20) 3 cards found in vehicle in Space 659 [MoneyGram Plus; Eurochange Prepaid cards (2)]
21) Two (2) hats; one (1) blk jacket found in the vehicle parked in space 659.

### Certification (by officer present during the execution of the warrant)

I declare under penalty of perjury that I am an officer who executed this warrant and that this inventory is correct and was returned along with the original warrant to the designated judge through a filing with the Clerk's Office.

Date: 5/3/2018

Young J. Oh
Executing officer's signature

Young J. Oh; Special Agent
Printed name and title

AUSA: Andrew Brown, 11th Floor, x0102